ACCEPTED
14-15-00104-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 1:24:15 PM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00104-CR**
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/17/2015 1:24:15 PM

CHRISTOPHER A. PRINE
Clerk

──────────◆──────────

**No. 1374647**
In the 182nd District Court
Of Harris County, Texas

──────────◆──────────

**VICENTE EDDIE MATTA**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with the capital murder of Al Dehghani committed on January 7, 2013 (CR – 23). He pled "not guilty" to the charge, and the case was tried to a jury (CR – 493). The jury found the appellant guilty and sentenced him to life in prison on January 26, 2015 (CR – 493). The appellant filed notice of appeal that same day, and the trial court certified his right to appeal (CR – 496, 514).

2. The State's brief was due on November 13, 2015. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. This case was not assigned to the undersigned attorney until today, November 17, 2015. The notes in the file folder indicate that the State did not receive the appellant's brief until November 16, 2015.

   b. The undersigned attorney has researched and answered by email more than 50 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

   c. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

      (1)   Ana Gonzalez-Angulo v. The State of Texas
            No. 01-14-00886-CR
            Brief filed October 14, 2015

      (2)   Jonathan Young  v. The State of Texas
            No. 14-15-00257-CR
            Brief filed October 15, 2015

      (3)   Raymond Eisenbach v. The State of Texas
            No. 14-15-00225-CR
            Brief filed October 16, 2015

      (4)   Marcus Brooks v. The State of Texas
            No. 14-14-00568-CR
            Brief filed November 2, 2015

(5)    William Quinn v. The State of Texas
        No. 01-15-00116-CR
        Brief filed November 4, 2015

(6)    Ex Parte Michael Sewell v. The State of Texas
        No. 14-15-00640-CR
        Brief filed November 12, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Kurt Wentz
Attorney at Law
5629 Cypress Creek Pkwy, Suite 115
Houston, Texas  77069
kbsawentz@yahoo.com

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  November 17, 2015